## 40239. RHINEHART et al. v. RHINEHART.

PER CURIAM.

There being genuine issues of material fact as to the testamentary capacity of the testatrix, the trial court erred in granting summary judgment to the propounder as to that issue. See *Mallis v. Miltiades,* 241 Ga. 404 (245 SE2d 655) (1978); *Baldwin v. First Tennessee Bank,* 251 Ga. 561 ( 307 SE2d 919 ) (1983).

*Judgment reversed. All the Justices concur.*

DECIDED OCTOBER 26, 1983.

*Adcock & Cain, G. M. Adcock, A. W. Cain, Jr.,* for appellants.

*Fletcher & Womack, Ronald R. Womack,* for appellee.